IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TAOFEEK A. QUADRI                                                                                   PLAINTIFF

v.                                          Cause No. 4:13-cv-04082

JOHN M. MCHUGH,
SECRETARY OF THE UNITED STATES ARMY; and
COMMANDER COLONEL DAVID M. HAMMONS                                        DEFENDANTS

## ORDER

Before this Court is Plaintiff Taofeek A. Quadri's Motion for Service. ECF No. 2. The Court previously granted Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*. ECF No. 3. The Court now **GRANTS** Plaintiff's Motion for Service.

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on September 6, 2013 (ECF No. 1), the Supplemental Complaint filed on November 1, 2013 (ECF No. 5), and a copy of this order on Defendants by serving:

Deborah Groom
U.S. Attorney's Office
414 Parker Avenue
Fort Smith, Arkansas 72901

without prepayment of fees and costs or security thereof. Defendants are ordered to answer within sixty (60) days from the date of service.

The Clerk is directed to prepare and issue a summons and an USM 285.

**IT IS SO ORDERED this 26th day of November 2013.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE