IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TAOFEEK A. QUADRI            PLAINTIFF

v.      Cause No. 4:13-cv-04082

JOHN M. MCHUGH,
SECRETARY OF THE UNITED STATES ARMY; and
COMMANDER COLONEL DAVID M. HAMMONS      DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Stay. ECF No. 10. With this Motion, Plaintiff requests a stay of the proceedings in this case. *Id.* Plaintiff does not provide a basis for this request. *Id.*

At this time, the Court has already directed the U.S. Marshal's Office to serve Defendants. ECF No. 6. Defendants have been served, and Defendants are required to answer by March 4, 2014. ECF Nos. 8-9. Accordingly, without further explanation from Plaintiff as to why a stay is required and because Defendants have still not been afforded the opportunity to respond to Plaintiff's allegations, the Court **DENIES** Plaintiff's Motion at this time.

**IT IS SO ORDERED this 29th day of January 2014.**

                                                            /s/ Barry A. Bryant
                                                            HON. BARRY A. BRYANT
                                                            U.S. MAGISTRATE JUDGE