IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TAOFEEK A. QUADRI                                                                                          PLAINTIFF

vs.                                                Civil No. 4:13-CV-4082

COMMANDER COLONEL
DAVID H. HAMMONS, *et al.*                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 20, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 14) be granted because this case is not ripe for consideration. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion to Dismiss (ECF No. 14) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. Rule of Civ. P. 12(b)(1).

**IT IS SO ORDERED**, this 12th day of June, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge